```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF INDIANA
                       HAMMOND DIVISION


DOROTHY M. HUMPHREY,            )
                                )
          Plaintiff,            )
                                )
     v.                         )    Case No. 2:06-CV-45
                                )
JOSE BRUGOS, et. al.,           )
                                )
          Defendants.           )
```

ORDER

This matter is before the court on the Stipulation to Dismiss filed by the parties on April 3, 2007. The stipulation is **GRANTED**. The defendants Thomas McDermott, Jr., individually and in his capacity as Mayor of Hammond, Indiana, and Brian Miller, individually and in his capacity as Chief of Police of the city of Hammond, Indiana, are DISMISSED. The plaintiff's claims against the remaining defendants remain pending.

ENTERED This 5 April, 2007

                              /s/ Andrew P. Rodovich
                              United States Magistrate Judge

1